IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Lucy Macias
aka Lucy E Jimenez

      Debtor(s),　　　　　　　　　　　　CASE NO.: 14-22101-RBR
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER: 13

_____/

**REQUEST FOR NOTICE
AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX**

TO: THE HONORABLE BANKRUPTCY CLERK

      COMES NOW, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSFB HEAT 2006-7, its Successors and/or Assigns, a Creditor in the instant case, by virtue of that certain loan more specifically identified as loan number *******9470 and related to the property described as 1545 CARDINAL WAY, and files this Request for Notice AND Request to be Added to Creditor's Matrix.  The Creditor requests that any and all notices required under the Bankruptcy Rules, Bankruptcy Code, and Local Rules be sent to

Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
(813)  251-4766

      The undersigned counsel's filing of this Request for Notice and Request to be Added to Creditor's Matrix should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
(813)  251-4766 Ext: 3124
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By:   /s/  CYNTHIA M. TALTON
Cynthia M. Talton
Florida Bar No. 0784281
ATTORNEY FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSFB HEAT 2006-7