

**ORDERED in the Southern District of Florida on October 8, 2014.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**IN RE:**

**LUCY E. MACIAS,**

     **Debtor(s)**

_____ /

Case No.  14-22101-RBR
Chapter   13

### ORDER REOPENING AND REINSTATING BANKRUPTCY CHAPTER 13

This matter came before the Court on the Debtor's Motion to Reopen and Reinstate Bankruptcy Chapter 13 (Doc. 18) filed on May 28, 2014 and heard on October 8, 2014 at 9:30 am:

    **ORDERED** as follows:

(i)    The motion is granted and this case is REOPENED and REINSTATED.  Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

(ii)    The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

(iii)   This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. §341.  A new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court.  The notice shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

(iv)   The Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

###

Copies furnished to:

Alexander J. Alfano, Esq, is directed to serve a copy of this Order on all parties in interest and file a certificate of service.