# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: LUCY MACIAS    JOINT DEBTOR:_____ CASE NO.: 14-22101-RBR

Last Four Digits of SS# 4754 Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 184.31    for months 1    to 60    ;

B. $_____ for months _____to _____;

C. $_____ for months _____to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3200.00    TOTAL PAID $ 3200.00_____

Balance Due    $ 0    payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____ Arrearage on Petition Date  $_____

Address:_____    DEBTOR WOULD LIKE TO RETAIN PROPERTY SUBJECT TO

_____    MORTGAGE MODIFICATION MEDIATION PROGRAM APPROVAL

Account No: _____

2. _____ Arrearage on Petition Date  $_____

Address:_____    Arrears Payment    $_____/month (Months _____to _____)

_____    Regular Payment    $_____/month (Months _____to _____)

Account No: _____

3. _____ Arrearage on Petition Date  $_____

Address:_____    Arrears Payment    $_____/month (Months _____to _____)

_____    Regular Payment    $_____/month (Months _____to _____)

Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| America's Servicing Co. | 1545 Cardinal Way Weston FL 33327 Sector 2-Parcels 1-8 , 166-29 B, Lot BLK 7   $586,620.00 | 0% | $0.00 | 0 | $0.00  Lien to be stripped in full. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____ Total Due $_____

Payable    $_____/month (Months____to ____) Regular Payment $_____

2._____ Total Due $_____

Payable    $_____/month (Months____to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 167.55____/month (Months 1 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Lucy Macias

_____    _____

Debtor    Joint Debtor

Date: 09/29/2014_____    Date:_____

LF-31 (rev. 01/08/10)