IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

**Lucy Macias**
**Aka Lucy E. Jimenez**

    **Debtor(s).**

    CASE NO. 14-22101-RBR
    CHAPTER 13

_____/

## MOTION TO COMPEL ADEQUATE PROTECTION PAYMENTS

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSFB HEAT 2006-7 ("Movant"), its successors and/or assigns, moves to compel Debtor(s) to provide Movant with adequate protection payments as pursuant to Mortgage Modification Mediation Program ("MMM") Procedures and in support states:

    1.    On May 28, 2014, the Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code.

    2.    The Debtor's proposed Chapter 13 Plan (D.E. 22), does not provide for payments to Movant.

    3.    On November 23, 2014 the Debtor filed a Verified Out of Time Motion for Referral to Mortgage Modification Mediation with Movant (D.E. 37).

    4.    Under the MMM program, Movant is entitled to "no less than 31% of the Debtor's gross monthly income as a good faith adequate protection payment." Based on the income disclosed on the Debtor's Schedule I, 31% would be in excess of the current contractual monthly payment.

    5.    Therefore, Movant requests the Debtor be compelled to pay at least $3,472.63 (the current contractual monthly payment) during the pendency of the mortgage modification mediation review as Movant is not currently adequately protected.

**WHEREFORE**, Movant respectfully requests that this Court enter an order compelling the Debtor to amend the Plan to provide for adequate protections to Movant, and any other action the Court deems just.

                                          Ronald R Wolfe & Associates, P.L.
                                          Post Office Box 25018
                                          Tampa, FL 33622-5018
                                          (813) 251-4766 Ext: 3039
                                          Fax: 813-251-1541
                                          Email: bkatt@wolfelawfl.com

                                          By: /s/ Teresa M. Hair
                                          Teresa M. Hair
                                          Florida Bar No. 44079
                                          ATTORNEY FOR US BANK NATIONAL
                                          ASSOCIATION, AS TRUSTEE FOR CSFB
                                          HEAT 2006-7

B14005259

## CERTIFICATE OF SERVICE

  I CERTIFY that copies of the foregoing Motion to Compel Adequate Protection Payments, have been furnished by either regular U.S. Mail or electronically to all parties listed on December 16, 2014.

Lucy Macias
1545 Cardinal Way
Weston,　FL　33327

Alexander J Alfano
2655 LeJeune Rd 4 Flr
Coral Gables, FL 33134

Robin R Weiner, Trustee
P. O. Box 559007
Ft. Lauderdale, FL 33355

            Ronald R Wolfe & Associates, P.L.
            Post Office Box 25018
            Tampa, FL 33622-5018
            (813) 251-4766 Ext: 3485
            Fax: 813-251-1541
            Email: bkatt@wolfelawfl.com

            By: /s/ Teresa M. Hair
            Teresa M. Hair
            Florida Bar No. 44079
            ATTORNEY FOR US BANK NATIONAL
            ASSOCIATION, AS TRUSTEE FOR CSFB
            HEAT 2006-7